THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRIE TERRY Also Known as DIANE BALDWIN, Appellant.—

We have reviewed the record and agree with the defendant's assigned counsel that no meritorious issues can be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Brown, Kunzeman, Eiber and Miller, JJ., concur.